**Form 416A. CAPTION (FULL)**

## United States Bankruptcy Court

_____ District Of _____

FILED USBC CLRK PHX
2023 OCT 5 AM 11:48

In re **Crystale Jean Reason/Reid**

_[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]_

**Debtor**

**Address** _____

_____

**Phone** _____

**Email** _____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): **0518**

_____

Employer's Tax Identification No(s). (if any): _____

_____

**Case No.** _____

**Chapter** 23 - 07084
_____

I was ~~unable~~ unable to receive a ~~breifing~~ briefing about credit counceling due to being unaware prior to emergeny filing.

DO NOT WRITE BELOW LINE