Crystale Reason
3920 E. Thomas Road #5723
Phoenix, AZ 85010
(386) 249-9739
crystale.reid@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re | | Chapter 13 |
|---|---|---|
| CRYSTALE JEAN REASON a/k/a CRYSTALE JEAN REID | | Case No. 2:23-bk-07084-EPB |
| | Debtor | |
| | | DEBTOR'S MOTION TO DISMISS |

I, the Debtor in this case, request that the case be dismissed.

Signed,

*Crystale J. Reason*
Crystale J. Reason

December 1st, 2023